UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MARRON, DONALD § Case No. 11-24699 DRC
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/19/2014 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2014          By: CLERK OF BANKRUPTCY COURT
                                                       Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MARRON, DONALD § Case No. 11-24699 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,646.32 |
| and approved disbursements of | $ | 614.26 |
| leaving a balance on hand of[1] | $ | 13,032.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,114.63 | $ 0.00 | $ 2,114.63 |
| Other: International Sureties | $ 34.06 | $ 34.06 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,114.63 |
| Remaining Balance | | $ | 10,917.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,830.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ 6,198.90 | $ 0.00 | $ 5,274.45 |
| 000002 | FIA CARD SERVICES, N.A.<br>Bank of America, NA (USA) &<br>MBNA America Bank, NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 6,632.03 | $ 0.00 | $ 5,642.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,917.43 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL

Trustee

GINA B. KROL  
105 WEST MADISON STREET  
SUITE 1100  
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                               Case No. 11-24699-DRC
Donald Marron                                                        Chapter 7
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Nov 19, 2014
                               Form ID: pdf006              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2014.
db           +Donald Marron,   212 B. Collen Drive, #114,   Lombard, IL 60148-4473
aty          +Gina B. Krol,   Cohen and Krol,   105 W Madison St, Suite 1100,   Chicago, IL 60602-4600
17399588     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
18358139    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:   FIA CARD SERVICES, N.A.,   Bank of America, NA (USA) &,
               MBNA America Bank, NA,   PO Box 15102,   Wilmington, DE 19886-5102)
17399591    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Chase,   Po Box 1093,   Northridge, CA 91328)
22096168     +CITIMORTGAGE, INC.,   c/o Codilis & Associates, P.C.,   15W030 N. Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
17399590     +Capital One, N.A.,   Po Box 30273,   Salt Lake City, UT 84130-0273
17399593     +Chase,   201 N Walnut St # De1-10,   Wilmington, DE 19801-2920
17399592     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17399594     +Chase Manhattan Mtge,   3415 Vision Dr,   Columbus, OH 43219-6009
17399595     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17399596     +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
17399597     +Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
17399598     +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
17399601     +ETrade Credit Card,   671 N Glebe Rd Fl 11,   Arlington, VA 22203-2120
17399608    ++HYUNDAI MOTOR FINANCE COMPANY,   PO BOX 20809,   FOUNTAIN VALLEY CA 92728-0809
             (address filed with court:   Hyundai Motor Finance,   10550 Talbert Ave,
               Fountain Valley, CA 92708)
17399606     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17399607     +Hsbc/Wicks,   90 Christiana Rd,   New Castle, DE 19720-3118
17399611     +New York Community Ban,   1801 E 9th St Ste 200,   Cleveland, OH 44114-3103
17399613     +Oakbrookbk,   2021 Spring Rd,   Oak Brook, IL 60523-1813
17399614     +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
17399615     +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
17399616     +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17399619    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
17399617     +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17399618     +Upfront Rewards,   2505 E Paris Ave Se Ste,   Grand Rapids, MI 49546-2459
17399620     +Vanguard Community Management,   50 E. Commerce Dr., #110,   Schaumburg, IL 60173-5615
17399621    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
               Frederick, MD 21701)
17399622     +Wfnnb/Eddie Bauer,   995 W 122nd Ave,   Westminster, CO 80234-3417
17399623     +Wfnnb/Roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17399599     +E-mail/Text: legalcollections@comed.com Nov 20 2014 01:51:28      ComED,   Bankruptcy Department,
               555 Waters Edge,   Lombard, IL 60148-7044
18252322      E-mail/Text: bankruptcy@commercebank.com Nov 20 2014 01:49:57      Commerce Bank,
               P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
17399600     +E-mail/Text: bankruptcy@commercebank.com Nov 20 2014 01:49:57      Commerce Bk,   911 Main St,
               Kansas City, MO 64105-5370
17399602     +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:04:44      Gemb/Care Credit,   Po Box 981439,
               El Paso, TX 79998-1439
17399603     +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:04:45      Gemb/Empire,   Po Box 981439,
               El Paso, TX 79998-1439
17399604     +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:03:27      Gemb/Home Design-Floor,
               Po Box 981439,   El Paso, TX 79998-1439
17399605     +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2014 02:03:27      Gemb/Tweeter,   Po Box 981439,
               El Paso, TX 79998-1439
17399609     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2014 01:49:15      Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17399612     +E-mail/Text: bankrup@aglresources.com Nov 20 2014 01:48:51      Nicor,   PO BOX 416,
               Aurora, IL 60507-0416
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17399589    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17399610    ##+Nationwide Credit & Co,   815 Commerce Dr Ste 100,   Oak Brook, IL 60523-8839
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: ahamilton              Page 2 of 2                  Date Rcvd: Nov 19, 2014
                               Form ID: pdf006              Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2014 at the address(es) listed below:

        Christopher J Stasko    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com
        E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com
        Gina B Krol     gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
        Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
        Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert V Schaller    on behalf of Debtor Donald  Marron SchallerLawFirm@gmail.com, usbc2007@gmail.com,slfecfmail@gmail.com

                                                                                            TOTAL: 7